UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X
                                                                    :
Primula Management, LLC,                                            :
                                                                    :
                        Plaintiff(s),                              :          25-cv-1795 (PKC)
                                                                    :
            -v-                                                     :          ORDER
  Primrose School Franchising Company LLC, et al.,                  :
                                                                    :
                        Defendant(s).                              :
                                                                    :
-------------------------------------------------------------------- :
                                                                    X

CASTEL, U.S.D.J.:

            There will be a conference on Wednesday, May 14, 2025 at 11:00 a.m. in

Courtroom 11D, 500 Pearl Street, New York, New York.

            SO ORDERED.

                                                    _____
                                                              P. Kevin Castel
                                                        United States District Judge

Dated:  New York, New York
        May 12, 2025