**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
PRIMULA MANAGEMENT, LLC,

                           Plaintiff,

        -against-

PRIMROSE SCHOOL FRANCHISING
COMPANY LLC,

                         Defendant.
----------------------------------------------------------------X

25 **CIVIL** 1795 (PKC)

## **JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 24, 2026, Franchisor's motion for reconsideration is GRANTED, and upon reconsideration, Franchisor's motion to dismiss is GRANTED in full. Primula's motion for a preliminary injunction is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

      March 4, 2026

                                 **TAMMI M. HELLWIG**
                                _____
                                    **Clerk of Court**

            **BY:**              K. mango

                                  _____
                                    **Deputy Clerk**